UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  LEAFAR RAFAEL RUIZ
      aka LEAFAR R. RUIZ,

                Debtor.
_____/
AMERICAN EXPRESS CENTURION BANK,

               Plaintiff,
  v.

LEAFAR RAFAEL RUIZ
aka LEAFAR R. RUIZ
aka LEAFAR RUIZ,

              Defendant.
_____/

Case No. 12-19609-RAM
Chapter 7

Adv. Proc. No. 12-01793-RAM

## MOTION FOR APPROVAL OF JOINT STIPULATION TO JUDGMENT

Plaintiff, American Express Centurion Bank ("American Express"), by and through its undersigned counsel, moves this Court for approval of the Joint Stipulation to Judgment, and as grounds therefore, state as follows:

    1.    An Adversary Proceeding was timely commenced by the Plaintiff against the Defendant on July 24, 2012. The parties have come to an agreement, with the sum total of that agreement being set forth in the Joint Stipulation to Judgment, attached hereto as Exhibit A.

WHEREFORE, Plaintiff, American Express respectfully requests this Court to approve the Joint Stipulation to Judgment and grant this Motion.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Dated: September 7, 2012

/s/Gary J. Lublin
Gary J. Lublin
Florida Bar No. 0542679
Rush, Marshall, Jones & Kelly, PA
P.O. Box 3146
Orlando, FL  32802-3146
Telephone: (407) 425-5500
Facsimile: (407) 423-0554
glublin@rushmarshall.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been furnished either by electronic transmission or by First Class United States Mail delivery this 7th day of August, 2012 to the following:

Jose Blanco, Esq.
355 W. 49 Street
Hialeah, FL 33012

Leafar R. Ruiz
910 NE 214th Lane, Unit 1
Miami, FL 33179

Barry E. Mukamal, Trustee
1 SE 3 Ave, Box 158 10th Floor
Miami, FL 33131

U.S. Trustee
51 S.W. 1st Avenue, Suite 1204
Miami, FL 33130

/s/Gary J. Lublin
Gary J. Lublin