UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:  LEAFAR RAFAEL RUIZ             Case No. 12-19609-RAM
        aka LEAFAR R. RUIZ,             Chapter 7

                    Debtor.
_____/

AMERICAN EXPRESS CENTURION BANK,
                                        Adv. Proc. No. 12-01793-RAM
                    Plaintiff,

v.

LEAFAR RAFAEL RUIZ
aka LEAFAR R. RUIZ
aka LEAFAR RUIZ,

                    Defendant.
_____/

## JOINT STIPULATION TO JUDGMENT

Plaintiff, American Express Centurion Bank ("American Express"), by and through their undersigned counsel, and Defendant, Leafar Rafael Ruiz aka Leafar R. Ruiz aka Leafar Ruiz, and his counsel, hereby stipulate as follows:

1. Judgment in the above matter shall be entered in favor of Plaintiff with regard to account number ****-******-*3001 in the principal sum of $29,788.27 ("Judgment Amount"), and that the said sum is non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(A).

2. The Defendant may satisfy his obligation under this Joint Stipulation by the payment of $16,500.00 ("Settlement Amount"), payable as follows: $275.00 a month for sixty (60) consecutive months. The first payment is due on or before October 1, 2012. All subsequent payments shall be due on or before the first (1st) day of each subsequent month. Upon timely payment of the Settlement Amount, the Judgment shall be satisfied.



3. Defendant shall submit his payments, made payable to "American Express", directly to Becket & Lee LLP, P.O. Box 3001, Malvern, PA 19355 or at any future address designated by Plaintiff in writing. The last four digits of his American Express account number and bankruptcy number shall appear on all payments tendered.

4. Any payments becoming due after the Defendant has defaulted on any monthly payment, or after the Defendant has furnished insufficient funds to Plaintiff, shall thereafter be made in the form of money order or certified funds. Plaintiff's counsel shall be allowed to contact the Defendant directly regarding payment and/or default under this Joint Stipulation. The Defendant understands that he must advise Plaintiff's counsel in writing of any change of address until the Judgment has been satisfied. Defendant's current mailing address is 910 NE 214th Lane, Unit 1, Miami, FL 33179.

5. The Defendant may prepay all or any portion of the Settlement Amount at any time without penalty, provided that, if for any reason, in any month, the Defendant pays more than the amount due for that month under this Joint Stipulation, the Defendant shall continue to be obligated under this Joint Stipulation to make the next monthly payment as scheduled. The payment in excess of the amount required under this Joint Stipulation shall shorten the Defendant's repayment schedule, but shall not, under any circumstances, entitle the Defendant to skip the next scheduled payment.

6. If the Defendant should fall ten (10) days or more in arrears with respect to the Settlement Amount payment schedule herein, then Plaintiff shall be entitled to record and execute on the judgment entered by the Bankruptcy Court (less any payments made to date by the Defendant), and may also add costs and interest incurred by Plaintiff from and after any such default in the pursuit and enforcement of its rights hereunder.

7. In the event that Defendant's bankruptcy case is dismissed or discharge is denied or revoked, Plaintiff shall remain entitled to recover the full account balance as of the petition date, less credit given for all amounts received hereunder.

8. Plaintiff remains entitled to distribution from the bankruptcy estate. Any amounts (other than interest payments) received from the bankruptcy estate in combination with any monies paid by the Defendant, which exceed the account balance, shall be returned to the Defendant.

9. By signature below, the Defendant declares that this agreement represents a fully informed and voluntary agreement by the Defendant and does not impose any undue hardship on the Defendant or a dependent of the Defendant.

WHEREFORE, the parties pray this Honorable Court for an Order approving the instant Joint Stipulation and closing the adversary matter.

Date: 9/6/12

*(signature)*
Gary J. Lublin
Florida Bar No. 0542679
Rush, Marshall, Jones & Kelly, PA
P.O. Box 3146
Orlando, FL 32802-3146
Telephone: (407) 425-5500
Facsimile: (407) 423-0554
glublin@rushmarshall.com
Attorney for Plaintiff

DATE: 9/5/12

*(signature)*
Jose Blanco
355 W. 49 Street
Hialeah, FL 33012
(305) 687-8008
Attorney for Defendant

DATE: 9/5/12

*(signature)*
Leafar R. Ruiz
910 NE 214th Lane, Unit 1
Miami, FL 33179
Defendant