Form CGFD62  (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
### www.flsb.uscourts.gov

**Case Number:** 12–19609–RAM          **Adversary Number:** 12–01793–RAM

In re:

**Name of Debtor(s):** Leafar Rafael Ruiz

_____/

**American Express Centurion Bank**

Plaintiff(s)

**VS.**

**Leafar Rafael Ruiz**

Defendant(s)

_____/

## NOTICE OF ENTRY ON DOCKET OF JUDGMENT/ORDER

Notice is hereby provided pursuant to Bankruptcy Rule 9022 that the Judgment/Order titled **FINAL JUDGMENT BY CONSENT** (copy attached) was entered on the docket on **9/10/2012**.

**Dated: 9/10/12**

**CLERK OF COURT**
By: Alexandra Oriol–Bennett
Deputy Clerk (305) 714–1800

The clerk shall serve a copy of this notice on all interested parties.